Certificate Number: 03621-NJ-DE-036298831

Bankruptcy Case Number: 21-18531



03621-NJ-DE-036298831

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 31, 2022</u>, at <u>1:53</u> o'clock <u>PM EST</u>, <u>Cathy M Beaver</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 31, 2022</u>         By:    <u>/s/Kenslande Jeanbart</u>

Name:  <u>Kenslande Jeanbart</u>

Title:   <u>Credit Counselor</u>