| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-18531 / MBK**

Cathy Beaver

Petition Filed Date: 11/03/2021
341 Hearing Date: 12/02/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2021 | $650.00 | 81131640 | 01/03/2022 | $650.00 | 81802150 | 02/01/2022 | $650.00 | 82455770 |

**Total Receipts for the Period: $1,950.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Cathy Beaver | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | INTERNAL REVENUE SERVICE | Priority Creditors | $3,369.51 | $0.00 | $0.00 |
|   | »» 2018 EST;2019 | Hold Funds: Estimated |   |   |   |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $19,173.50 | $0.00 | $0.00 |
|   | »» 2015-2017 EST TAXES | Hold Funds: Estimated |   |   |   |
| 3 | CSMC 2018-RPL3 TRUST | Mortgage Arrears | $54,081.81 | $0.00 | $0.00 |
|   | »» P/164 POND RD/1ST MTG |   |   |   |   |
| 4 | PRINCETON RADIOLOGY ASSOCIATES, P.A. | Unsecured Creditors | $1,753.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION | Priority Creditors | $1,781.89 | $0.00 | $0.00 |
|   | »» EST TAXES 2018 | Hold Funds: Estimated |   |   |   |
| 6 | NJ DIVISION OF TAXATION | Unsecured Creditors | $5,742.39 | $0.00 | $0.00 |
|   | »» 2016-2017 EST TAXES | Hold Funds: Estimated |   |   |   |

**Chapter 13 Case No. 21-18531 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,950.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $650.00 |
| Paid to Trustee: | $163.80 | Arrearages: | $0.00 |
| Funds on Hand: | $1,786.20 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

