Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 21−18531−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cathy Beaver
   164 Pond Road
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−9346

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 29, 2022.

Dated: August 29, 2022
JAN: wiq

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18531-MBK |
| Cathy Beaver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2022 | Form ID: plncf13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathy Beaver, 164 Pond Road, Freehold, NJ 07728-1364 |
| 519349299 | + | American Trading Company, PO Box 6448, Lawrence Township, NJ 08648-0448 |
| 519349300 | + | American Trading Company, c/o Lenox Socey Formidoni, et al., 3131 Princeton Pike, Suite 1B, Trenton, NJ 08648-2201 |
| 519349309 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 519349308 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519349312 | + | Select Portfolio Servicing, Inc, c/o KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 519349313 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519486990 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 29 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 29 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 29 2022 20:32:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 519349302 | | Email/Text: ebn@americollect.com | Aug 29 2022 20:33:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 519349301 | | Email/Text: ebn@americollect.com | Aug 29 2022 20:33:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 519482277 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 29 2022 20:33:00 | CSMC 2018-RPL3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519349303 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 29 2022 20:32:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 519349304 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Aug 29 2022 20:32:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 519349307 | | Email/Text: clientservices@paramountrecovery.com | Aug 29 2022 20:32:00 | Paramount Recovery, 7524 Bosque Blvd, Waco, TX 76712 |
| 519349306 | | Email/Text: clientservices@paramountrecovery.com | Aug 29 2022 20:32:00 | Paramount Recovery, Attn: Bankruptcy, Po Box 23369, Waco, TX 76702 |
| 519482339 | | Email/Text: ebn@americollect.com | Aug 29 2022 20:33:00 | PRINCETON RADIOLOGY ASSOCIATES P.A., C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 519349308 | | ^ MEBN | | |

Case 21-18531-MBK    Doc 26    Filed 08/31/22    Entered 09/01/22 00:12:47    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: plncf13 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 29 2022 20:29:44 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 519349311 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 29 2022 20:33:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519349310 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 29 2022 20:33:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519349315 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 20:42:28 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519349314 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 29 2022 20:42:34 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519349305 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2018-RPL3 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Cathy Beaver courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 5