| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-18531 / MBK**

Cathy Beaver

Petition Filed Date: 11/03/2021
341 Hearing Date: 12/02/2021
Confirmation Date: 08/24/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $650.00 | 81802150 | 02/01/2022 | $650.00 | 82455770 | 03/01/2022 | $650.00 | 83063440 |
| 04/01/2022 | $650.00 | 83766330 | 05/02/2022 | $650.00 | 84347030 | 06/01/2022 | $650.00 | 85017150 |
| 07/05/2022 | $650.00 | 85644750 | 08/02/2022 | $650.00 | 86165050 | 09/01/2022 | $650.00 | 86776810 |
| 10/04/2022 | $1,455.00 | 87369000 | 10/31/2022 | $1,455.00 | 87975850 | 12/02/2022 | $1,455.00 | 88573520 |
| 01/04/2023 | $1,455.00 | 89095400 | 02/01/2023 | $1,455.00 | 89726300 | 03/01/2023 | $1,455.00 | 90269750 |

**Total Receipts for the Period: $14,580.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,230.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Cathy Beaver | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018-2019 TAX PERIODS | Priority Creditors | $1,620.96 | $0.00 | $1,620.96 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS + PENALTIES | Unsecured Creditors | $9,588.35 | $0.00 | $9,588.35 |
| 3 | CSMC 2018-RPL3 TRUST<br>»» P/164 POND RD/1ST MTG/ORDER 2/15/22 | Mortgage Arrears | $54,081.81 | $12,705.20 | $41,376.61 |
| 4 | PRINCETON RADIOLOGY ASSOCIATES, P.A. | Unsecured Creditors | $1,753.00 | $0.00 | $1,753.00 |
| 5 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2018/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2016-2017 | Unsecured Creditors | $729.64 | $0.00 | $729.64 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-18531 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $15,230.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $12,705.20 | Current Monthly Payment: | $1,455.00 |
| Paid to Trustee: | $1,174.56 | Arrearages: | $805.00 |
| Funds on Hand: | $1,350.24 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

